# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal No. 3:23-cr-166-HLA-PDB |
| AMIT PATEL | |

I, AMIT PATEL, the above named defendant, who is accused of engaging in (i) wire fraud in violation of 18 U.S.C. § 1343, and (ii) an illegal monetary transaction, in violation of 18 U.S.C. § 1957, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at the arraignment or other hearing.

_____
AMIT PATEL
Defendant

_____
ALEX KING, ESQ.
Counsel for Defendant

Before _____
              Judicial Officer