UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          Case No:        3:23-cr-00166-HLA-JBT

AMIT PATEL
_____/

## NOTICE OF APPEARANCE

The undersigned counsel hereby gives notice of his appearance as counsel for the Defendant, Amit Patel, for purposes of all proceedings before the United States District Court. The undersigned is an Attorney at Law, duly qualified as such under the laws of the State of Florida, and duly admitted to practice before this Court.

Respectfully submitted,

**First Coast Criminal Defense**

   /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Alex@JaxCriminal.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: Brenna Falzetta, Esq., Office of the United States Attorney, this 7th day of December, 2023.

   /s/ Alex King
ATTORNEY