UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:23-cr-166-HLA-JBT

**AMIT PATEL**
_____/

**ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT
AND
NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which the parties waived the fourteen (14) day objection period, the plea of guilty of the Defendant to Counts One and Two of the Information is now accepted and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **March 12, 2024,** at **10:30 a.m.**, before the Honorable Henry Lee Adams, Jr., United States District Judge, in Courtroom 10A, Tenth Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida. <u>Counsel shall notify Chambers, as soon as possible, if it is anticipated that more than forty-five (45) minutes will be needed for this sentencing hearing</u>.

**IT IS SO ORDERED** at Jacksonville, Florida this 20th day of December, 2023.

HENRY LEE ADAMS, JR.
United States District Judge

Copies furnished to:
Michael Coolican, AUSA
Alex King, Esquire
United States Probation Office
United States Pretrial Services Office
Defendant: c/o counsel or, if in custody, c/o U.S. Marshal