UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 3:23-cr-166-HLA-JBT

AMIT PATEL

### NOTICE OF APPEARANCE

Please note the appearance of Assistant United States Attorney Jennifer M. Harrington, as co-counsel for the Government in regard to forfeiture proceedings in the above-styled cause.  The Government requests that any and all pleadings, correspondence, and other matters pertaining to this case be directed to the undersigned, as well as to Assistant United States Attorney Michael J. Coolican, on behalf of the Government.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:   *s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
Email: Jennifer.Harrington2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2023, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice

of electronic filing to counsel of record.

_s/Jennifer M. Harrington_____
JENNIFER M. HARRINGTON
Assistant United States Attorney