UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


UNITED STATES OF AMERICA


v.                                                          Case No.: 3:23-cr-166-HLA-JBT


AMIT PATEL

_____/

## CORRECTED ORDER

**THIS CAUSE** is before the Court upon Defendant's Time-Sensitive Motion to Permit Witness to Appear Virtually at Sentencing pursuant to Local Rule 3.01(e) of the Middle District of Florida (Dkt. 30).

Of note, absent from Defendant's motion is any indication that Defendant has conferred with the Government, and whether the Government agrees on the resolution of all or part of the motion. In addition, there is no indication that the witness who Defendant requests to appear virtually at the sentencing has been subpoenaed. Consequently, the motion is denied. Accordingly, it is

**ORDERED:**

Defendant's Time-Sensitive Motion to Permit Witness to Appear

Virtually at Sentencing (Dkt. 30) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of

March, 2024.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:
Michael Coolican, AUSA
Alex King, Esquire