**Overview of Amit Patel's Embezzlement of Jacksonville Jaguars Funds**
**Time Frame: January 2021 - March 2023**



Exhibit 2