**Payments to FBO Jets for Round-Trip Travel on Private Jets
Using Jacksonville Jaguars Embezzlement Proceeds**



Note: Amit Patel's FanDuel account was analyzed using the lowest intermediate balance rule; based on the analysis performed, the FanDuel deposits into Amit Patel's PayPal account were proceeds of embezzled funds.

Exhibit 4