# Ritz Carlton Amelia Island  (May 2022)






Exhibit 5

# Miami Trip for Formula 1 Race (May 2022)








# Sea Island  (July 2022)



# London Trip for Jaguars Game (October 2022)




# KC Game (January 2023)









# Fort Lauderdale Trip for Pegasus World Cup (January 2023)