

Item: 235330830305



**Trevor Lawrence Jacksonville JAGUARS &#034;GAME ISSUED&#034; Jersey**

legendssportsart (116)

| | |
|---|---|
| Item Condition | -- |
| Sale Date | Dec 08, 2023 |
| Quantity | 1 |
| Price | US $2,200.00 |

See order details

eBay Money Back Guarantee
Get the item you ordered or your money back

## Item specifics

| | |
|---|---|
| League | National Football League (NFL) |
| Features | Used in Game |
| Sport | Football |
| Team | Jacksonville Jaguars |

## Seller's description

See full description

Trevor Lawrence Jacksonville JAGUARS "GAME ISSUED" Jersey. Features include 2022 year, 40 size, L-BK cut collar tagging. Correct cuffed sleeves and length. NIKE logos, NFL shield, captains patch, etc.

Exhibit 14

